RECEIVED

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

APR 28 2016

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

SOLOMON CHEHEBAR, ET AL., :

       Plaintiff(s), : Civil No. 15-8505(AET)

                       :

       v. : Order for Dismissal

OCWEN LOAN SERVICING, LLC, ET AL., : Pursuant to F.R. Civ. P.4(m)

       Defendant(s), :

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed,

It is on this 28th day of April, 2016,

O R D E R E D that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

                                    */s/ Anne E. Thompson*

                             ANNE E. THOMPSON, U.S. DISTRICT JUDGE